1  CHARLES E. SMITH, JR.
   POST OFFICE BOX 24074
2  OAKLAND, CA 94623-1074
   TELEPHONE: (510) 843-7628
3

4  PLAINTIFF, IN PRO PER

...

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

11 CHARLES E. SMITH, JR.,           }
12                                  }
          Plaintiff,                }      CASE NUMBER:   C 04-05503-CRB
13                                  }
                                    }      REQUEST FOR DISMISSAL AND
14        vs.                       }      NOTIFICATION OF SETTLEMENT
15                                  }
   CARNIVAL CRUISE LINES,           }
16                                  }
17                                  }
          Defendants.                }
18                                  }
   _____  }
19

20 TO THE CLERK:

21       Please dismiss Plaintiff's Motion To Vacate and Set Aside Order of Dismissal, and
22 the entire action of all parties and all causes of action, with prejudice. The matter has been
23 settled.

24 DATED: SEPTEMBER 8, 2006.

                                                    *[signature]*
                                       _____
                                       CHARLES E. SMITH, JR., Plaintiff In Pro Per

   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

   September 11, 2006

REQUEST FOR DISMISSAL & NOTIFICATION OF
SETTLEMENT; CASE NO. C 04-05503-CRB SMITH VS. CARNIVAL